No. 64372.—C. J. Tower & Sons v. United States, protests 257675–K, etc. (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64373.—F. C. Mackay v. United States, protest 313660–K (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64374.—John V. Carr & Sons, Inc. v. United States, protest 58/20618 (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

No. 64375.—International Packers, Ltd. v. United States, protest 59/21911 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JULY 8, 1960

No. 64376.—Davies Turner & Company and Pacific Wine Company v. United States, protests 58/1955–9666 and 309871–K/8792 (Chicago).

DONLON, Judge: These cases were before us on prior submission. As reported in 43 Cust. Ct. 195, C.D. 2126, we held that the cartage charges which plaintiffs were required to pay to the Chicago collector should not be in excess of a